UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILBERT BARROSO and LISANDRA
SILVA,

                              Plaintiffs,

          -against-

YELLOW RIBBON TRUCKING, INC. and
JEFFREY RYAN HOPPE,

                              Defendants.

---

24-CV-6795 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 Pursuant to the Court's September 13, 2024 Order, ECF No. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 4, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 6, 2024**.

 SO ORDERED.

Dated: December 5, 2024
  New York, New York

                  
            ARUN SUBRAMANIAN
           United States District Judge