UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GILBERT BARROSO, ET AL.,                    :
                                            :
                        Plaintiffs,         :         24-CV-6795 (RWL)
                                            :
            - against -                     :
                                            :         **ORDER**
YELLOW RIBBON TRUCKING, INC., ET            :
AL.,                                        :
                                            :
                        Defendants.         :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference is scheduled for March 30, 2026. The parties have indicated their readiness to proceed to trial in the event the case does not settle. (*See* Dkt. 31.) By **February 25, 2026**, the parties shall file a letter indicating whether they have a preference for or are unavailable for trial during the following three alternative periods:  May 12-15, 2026; July 14-17, 2026; July 21-24, 2026.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

1