UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERT BARROSO, ET AL.,                          :
                                                  :
                          Plaintiffs,             :        24-CV-6795 (RWL)
                                                  :
            - against -                           :
                                                  :        **ORDER**
YELLOW RIBBON TRUCKING, INC., ET                  :
AL.,                                              :
                                                  :
                          Defendants.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As mentioned during the pre-settlement conference call, the Court needs to offer trial dates different than those previously offered.  Accordingly, by March 9, 2026, the parties shall file a letter indicating the extent to which they are or are not available for trial during the following periods:  June 23-25; August 4-6; August 25-27; and September 15-17.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 2, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1