UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GILBERT BARROSO, ET AL.,                           :
                                                   :
                              Plaintiffs,          :          24-CV-6795 (RWL)
                                                   :
              - against -                          :
                                                   :          **ORDER OF DISMISSAL**
YELLOW RIBBON TRUCKING, INC., ET                   :
AL.,                                               :
                                                   :
                              Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held a settlement conference on March 30, 2026, during which all claims asserted in this action were settled.  It is therefore ordered that the above-entitled action be, and hereby is, dismissed without costs (except as the parties may agree in settlement); provided, however, that if the settlement is not consummated within 30 days of this Order, either party may apply by letter within that period to restore the action to the calendar.  Any application to reopen must be filed within 30 days of this Order, and any application to reopen filed thereafter may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction to enforce a settlement agreement, the agreement must be filed publicly, and an order of the Court must be entered to that effect within the 30-day period.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  Any pending motions are moot and shall be terminated.  The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

SO ORDERED.

1

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2026
        New York, New York

Copies transmitted this date to all counsel of record.